KILPATRICK TOWNSEND & STOCKTON LLP
DAVID E. SIPIORA (State Bar No. 124951)
MATTHEW C. HOLOHAN (State Bar No. 239040)
1400 Wewatta Street, Suite 600
Denver, CO  80202
Telephone:  (303) 571-4000
Facsimile:  (303) 571-4321
Email: dsipiora@kilpatricktownsend.com
        mholohan@kilpatricktownsend.com

A. JAMES ISBESTER (State Bar No. 129820)
DAVID B. PERRY (State Bar No. 255925)
Two Embarcadero Center Eighth Floor
San Francisco, CA  94111
Telephone:  (415) 576-0200
Facsimile:  (415) 576-0300
Email: jisbester@kilpatricktownsend.com
        dperry@kilpatricktownsend.com

Attorneys for Subpoenaed Third Party
KILPATRICK TOWNSEND & STOCKTON LLP
FKA, TOWNSEND AND TOWNSEND AND CREW LLP

**E-Filed 9/7/2011**

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| WI-LAN INC., <br><br> Plaintiff, <br><br> v. <br><br> LG ELECTRONICS, INC. and LG ELECTRONICS U.S.A., INC., <br><br> Defendants. | Case No. C 10-80254 JF (PSG) <br> (S.D.N.Y. Case No. 10 Civ. 432 (LAK) (AJP) <br><br> [PROPOSED] ORDER REQUIRING KILPATRICK, TOWNSEND & STOCKTON LLP TO POST BOND |



[PROPOSED] ORDER REQUIRING KILPATRICK, TOWNSEND & STOCKTON LLP TO POST BOND, CASE NO. C 10-80254 JF (PSG)

1  Kilpatrick, Townsend & Stockton LLP is required to post bond in the following amounts:

2  (1) The "**TOTAL**" amount given on Page 12 of the Supplemental Declaration of
3  James J. Lukas, Jr. In Support Of LG Electronics Inc.'s And LG Electronics
4  U.S.A. Renewed Motion For Sanctions On Shortened Time (D.I. #76),
5  reflecting Defendants' relevant reasonable fees and costs incurred in these
6  proceedings; plus

7  (2) $67,500.00, reflecting Defendants' anticipated fees and costs in defending
8  Kilpatrick, Townsend & Stockton LLP's prospective appeal.

9  SO ORDERED.

10  DATED: 9/7/2011        By: _____
11                              United States District Judge

12  63688683 v1



[PROPOSED] ORDER REQUIRING KILPATRICK, TOWNSEND & STOCKTON LLP TO
POST BOND, CASE NO. C 10-80254 JF (PSG)                                           1