KILPATRICK TOWNSEND & STOCKTON LLP
DAVID E. SIPIORA (State Bar No. 124951)
MATTHEW C. HOLOHAN (State Bar No. 239040)
1400 Wewatta Street, Suite 600
Denver, CO  80202
Telephone:  (303) 571-4000
Facsimile:  (303) 571-4321
Email: dsipiora@kilpatricktownsend.com
       mholohan@kilpatricktownsend.com

A. JAMES ISBESTER (State Bar No. 129820)
DAVID B. PERRY (State Bar No. 255925)
Two Embarcadero Center Eighth Floor
San Francisco, CA  94111
Telephone:  (415) 576-0200
Facsimile:  (415) 576-0300
Email: jisbester@kilpatricktownsend.com
       dperry@kilpatricktownsend.com

Attorneys for Subpoenaed Third Party
KILPATRICK TOWNSEND & STOCKTON LLP
FKA, TOWNSEND AND TOWNSEND AND CREW LLP

**E-Filed 9/7/2011**

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| WI-LAN INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LG ELECTRONICS, INC. and LG ELECTRONICS U.S.A., INC.,<br><br>　　　　Defendants. | Case No. C 10-80254 JF (PSG)<br>(S.D.N.Y. Case No. 10 Civ. 432 (LAK) (AJP)<br><br>[PROPOSED] ORDER REQUIRING KILPATRICK, TOWNSEND & STOCKTON LLP TO POST BOND |



Kilpatrick, Townsend & Stockton LLP is required to post bond in the following amounts:

(1) The "**TOTAL**" amount given on Page 12 of the Supplemental Declaration of James J. Lukas, Jr. In Support Of LG Electronics Inc.'s And LG Electronics U.S.A. Renewed Motion For Sanctions On Shortened Time (D.I. #76), reflecting Defendants' relevant reasonable fees and costs incurred in these proceedings; plus

(2) $67,500.00, reflecting Defendants' anticipated fees and costs in defending Kilpatrick, Townsend & Stockton LLP's prospective appeal.

SO ORDERED.

DATED: 9/7/2011  By: _____
United States District Judge

63688683 v1



[PROPOSED] ORDER REQUIRING KILPATRICK, TOWNSEND & STOCKTON LLP TO POST BOND, CASE NO. C 10-80254 JF (PSG)   1